VIOLET G. MAYER, Respondent, v. SIEGFRIED MAYER, Appellant.— Order unanimously modified by reducing alimony to $75 per week and counsel fee to $1,500, and by allowing $500 for expenses, and as so modified affirmed, without costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

VIOLET G. MAYER, Respondent, v. SIEGFRIED MAYER, Appellant.— Order unanimously modified by reducing counsel fees to $500 and as so modified affirmed, without costs. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of HERVEY, BARBER & McKEE, Respondents. EMILY MARX, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [190 Misc. 1055.]

SYLVIA HOBE, Appellant, v. CHARLES ZAREM, Respondent.— Order unanimously modified by increasing bail to $15,000 and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

CLAIRE J. HALPRIN et al., Plaintiffs, v. 500 WALTON AVE. CORPORATION et al., Defendants. CLAIRE J. HALPRIN et al., Appellants, and MICHAEL N. SALMORE, as Receiver, et al., Interveners, Appellants, v. 500 WALTON AVE. CORPORATION et al., Respondents.— Order, so far as appealed from by plaintiffs, unanimously affirmed with $20 costs and disbursements to the respondents; order, so far as appealed from by the interveners-appellants, unanimously modified by increasing allowances to the receiver and counsel to $500 each, and as so modified affirmed, with $20 costs and disbursements to the interveners-appellants. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALDA W. LAWLESS, Appellant, against JUNE WINCHELL, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

DAY STAR BAPTIST CHURCH, INC., Appellant, v. BERNARD SOUTHERS et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

DAY STAR BAPTIST CHURCH, INC., Appellant, v. ROBERT GRAVES et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

BRADFORD WOOLEN CORP., Appellant, v. ARTHUR SOHNEN, Respondent. (Action No. 1.) BRADFORD WOOLEN CORP., Appellant, v. NATHAN SOHNEN et al., Respondents. (Action No. 2.) BRADFORD WOOLEN CORP., Appellant, v. NATHAN SOHNEN et al., Respondents. (Action No. 3.) ARTHUR SOHNEN, Third Party Plaintiff-Respondent, v. AMEREX TRADING CORPORATION, Third Party Defendant-Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

SAMUEL ELKIN, Individually and Doing Business under the Name of EDGEWORTH HARDWARE & SUPPLY COMPANY, Appellant, v. DAVID M. ULMAN, Individually and Doing Business under the Name of ULMAN & Co., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.